Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
Rumduol Vuong, CA SBN 264392
Derek W. Li, CA SBN 150122
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: 2:16-cv-02187-RFB-PAL<br><br>**JOINT STIPULATION FOR AN ORDER CONTINUING THE SETTLEMENT CONFERENCE; [PROPOSED] ORDER; CERTIFICATE OF SERVICE**<br><br>[**First Request**]<br><br>Honorable Peggy A. Leen<br>United States Magistrate Judge |

Plaintiff United States Equal Employment Opportunity Commission ("EEOC") and Defendant Wynn Las Vegas, LLC ("Wynn"), by and through their undersigned counsel, respectfully stipulate and request that the Court continue the settlement conference presently scheduled in this case for October 25, 2018. In support of this stipulation and request, the parties state as follows:

1. On July 10, 2018, District Judge Boulware denied Wynn's Motion for Summary Judgment and the EEOC's Motion for Partial Summary Judgment. (ECF No. 38). District Judge Boulware ordered both parties to be referred to the Magistrate Judge for the purposes of scheduling a settlement conference. (*Id.*).

1

1     2.     On July 24, 2018, this Court ordered a settlement conference for October 25, 2018 at 1:30 p.m.  (ECF No. 42).  The Court further ordered that all counsel of record who will be participating in the trial and who have full authority to settle this case must be present at the settlement conference.  (*Id.*).

3.     The undersigned counsel of record and trial counsel for the EEOC represents that he has a scheduling conflict which necessitates a request to continue the October 25, 2018 settlement conference into mid-November 2018 or later.  Counsel for the EEOC has a trial scheduled for October 29, 2018 in the Southern District of California in the case entitled *EEOC v. PC Iron, Inc.*, Case No. 16-cv-2372-CAB-WVG (S.D. Cal.).  Settlement has not been successful and the parties have recently appeared at a final pretrial conference, where the court scheduled the trial for October 29, 2018. Counsel for the EEOC plans to be in San Diego starting around mid-week for trial and witness preparation.

4.     Based on the scheduling conflict as represented by EEOC's trial counsel, the EEOC and Wynn stipulate and request that the Court reschedule the settlement conference from October 25, 2018 to a date starting in mid-November 2018.  For the Court's convenience, the parties have conferred and are available for a settlement conference on the following dates: November 19, 29, and 30; and December 3, 7, 10, and 13.  The parties further request that the deadline to submit confidential settlement statements be extended one (1) week prior to the settlement conference to be scheduled by the Court.

//

//

5. This stipulation is the parties' first request to reschedule the settlement conference for the reasons stated; and the stipulation is not for any improper purpose or delay.

Dated: August 9, 2018

/s/ Derek W. Li
Derek W. Li
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1077
Facsimile: (213) 894-1301
Attorneys for Plaintiff

Dated: August 9, 2018

/s/ Scott M. Abbott
Scott M. Abbott    #4500
Nicole A. Young    #13423
Kamer Zucker Abbott
3000 West Charleston Blvd., Suite 3
Las Vegas, NV 89102
Telephone: (702) 259-8640
Facsimile: (702) 259-8646
Attorneys for Defendant Wynn Las Vegas, LLC

**ORDER UPON STIPULATION**

For good cause shown, IT IS SO ORDERED that the settlement conference shall be rescheduled to November 29, 2018 at 1:30 p.m. The Parties' confidential settlement statements shall be submitted to the Court no later than 10:00 a.m. November 26, 2018.

Dated: August 17, 2018

PEGGY A. LEEN
United States Magistrate Judge

1  Anna Y. Park, CA SBN 164242
   Sue J. Noh, CA SBN 192134
2  Rumduol Vuong, CA SBN 264392
   Derek Li CA SBN 150122
3  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
4  255 East Temple Street, Fourth Floor
5  Los Angeles, CA 90012
   Telephone: (213) 894-1083
6  Facsimile: (213) 894-1301
7  E-Mail: lado.legal@eeoc.gov

8  Nechole M. Garcia, NV SBN 12746
   U.S. EQUAL EMPLOYMENT
9  OPPORTUNITY COMMISSION
10 333 Las Vegas Boulevard South, Suite 5560
   Las Vegas, NV 89101
11 Telephone: (702) 388-5072
   Facsimile: (702) 388-5094
12 E-Mail: nechole.garcia@eeoc.gov
13
   Attorneys for Plaintiff
14 U.S. EQUAL EMPLOYMENT
15 OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No: 2:16-cv-02187-RFB-PAL |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| WYNN LAS VEGAS, LLC, | |
| Defendant. | |

# CERTIFICATE OF SERVICE

I am, and was at the time the herein mentioned delivery took place, a citizen of the United States, over the age of eighteen (18) years.

I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

My business address is U.S. Equal Employment Opportunity Commission, Los Angeles District Office, 255 East Temple Street, 4th Floor, Los Angeles, California 90012.

On the date that this declaration was executed, as shown below, I served the following:

1. **JOINT STIPULATION FOR AN ORDER CONTINUING THE SETTLEMENT CONFERENCE (FIRST REQUEST); [PROPOSED] ORDER; CERTIFICATE OF SERVICE**

via the Court's CMECF electronic filing system and/or first class mail / email to Defendant's counsel:

| | |
|---|---|
| Scott M. Abbott | Nicole A. Young |
| Kamer Zucker & Abbott | Kamer Zucker & Abbott |
| 3000 West Charleston Blvd, Suite 3 | 3000 West Charleston Blvd., Suite 3 |
| Las Vegas, NV  89102 | Las Vegas, NV 89102 |
| sabbott@kzalaw.com | nyoung@kzalaw.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 9, 2018.

/s/ Derek Li
Derek Li